**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Lionel Anthony TORO, Jr.,
Defendant—Appellant.**

**No. 00–50213.
D.C. No. CR–99–02538–MJL.**

United States Court of Appeals,
Ninth Circuit.

Submitted March 9, 2001.[*]

Submission Vacated March 27, 2001.

Resubmitted Sept. 17, 2002.

Decided Sept. 26, 2002.

Before KOZINSKI and TALLMAN, Circuit Judges, and WINMILL,[**] District Judge.

**SUPPLEMENTAL MEMORANDUM**[***]

Appellant Toro challenges his convictions under 21 U.S.C. §§ 841, 960 on the ground that the statutes are rendered unconstitutional by *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). In an earlier memorandum disposition, we resolved all but the *Apprendi* issues, which we ordered deferred pending resolution of *United States v. Buckland*, 289 F.3d 558 (9th Cir.2002) (en banc).

The drug statutes are constitutional. *See Buckland*, 289 F.3d at 563–68; *see also United States v. Mendoza–Paz*, 286 F.3d 1104, 1109–10 (9th Cir.2002).

Toro also argues that the grand jury should have been instructed to find, and the government should have been required to prove, that he "knowingly" imported a particular quantity and type of controlled substance. This has never been the law. *See, e.g., United States v. Ramirez–Ramirez*, 875 F.2d 772, 774 (9th Cir.1989). *Apprendi* does not require a different result. *See United States v. Carranza*, 289 F.3d 634, 644 (9th Cir.2002) ("*Apprendi* did not change the long established rule that the government need not prove that the defendant knew the *type* and *amount* of a controlled substance that he imported or possessed . . . .").

**AFFIRMED.**

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable B. Lynn Winmill, United States Chief District Judge for the District of Idaho, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.